1

2

3

4                                                                          O

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11    SCOTT NOLDEN III,                      Case No.  CV 16-01047-AB (KES)

12                   Petitioner,

13         v.                                ORDER ACCEPTING FINDINGS AND
                                             RECOMMENDATIONS OF UNITED
14    CYNTHIA Y. TAMPKINS, Warden,           STATES MAGISTRATE JUDGE

15                   Respondent.

16

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

18    records on file herein, and the Report and Recommendation of the United States

19    Magistrate Judge. Further, the Court has engaged in a de novo review of those

20    portions of the Report and Recommendation to which objections have been made.

21    The Court accepts the findings and recommendations of the Magistrate Judge.

22         IT IS THEREFORE ORDERED that Judgment be entered dismissing the

23    Petition without prejudice.

24

25    DATED:  March 22, 2017

26                                           _____
                                             ANDRE BIROTTE, JR.
27                                           UNITED STATES DISTRICT JUDGE

28