JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NOLDEN III, | Case No.  CV 16-01047-AB (KES) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CYNTHIA Y. TAMPKINS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:  March 22, 2017

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE